S. G. STEIN v. O. A. BURTNER. No. 12,406. (66 Pac. 1086.) Error from Franklin district court. Opinion filed December 7, 1901. Division one. *Reversed.* W. S. Jenks, for plaintiff in error. Wm. H. Clark, for defendant in error.

THE CITIZENS' NATIONAL BANK v. CANEY VALLEY BANK. No. 12,409. (66 Pac. 1004.) Error from Montgomery district court. Opinion filed December 7, 1901. Division one. *Affirmed.* Jos. Chandler, for plaintiff in error. Thos. G. Ayres, for defendant in error.

THE ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY v. COMMISSIONERS OF LABETTE COUNTY, AND DAVID JENNINGS, *as Treasurer.* No. 12,414. (66 Pac. 1045.) Error from Labette district court. Opinion filed December 7, 1901. Division one. *Reversed.* J. W. Gleed, John L. Hunt, and D. E. Palmer, for plaintiff in error. W. S. Hyatt, for defendants in error.

H. C. HOLDREDGE, *as Constable,* v. C. A. J. McCOMBS. No. 12,260. (66 Pac. 1048.) Error from Sumner district court. Opinion filed December 7, 1901. Division two. *Affirmed.* P. C. Simons, for plaintiff in error. S. C. Burnette, for defendant in error.

MART EDWARDS v. HENRY WARNKEY. No. 12,420. (66 Pac. 987.) Error from Chautauqua district court. Opinion filed December 7, 1901. Division two. *Affirmed.* J. D. McBrian, for plaintiff in error. J. E. Brooks, and D. E. Rathbun, for defendant in error.

THE CITY OF NEODESHA v. MARY A. BUTLER. No. 12,422. (66 Pac. 1083.) Error from Wilson district court. Opinion filed December 7, 1901. Division two. *Affirmed.* P. C. Young, for plaintiff in error. Albert L. Wilson, for defendant in error.

R. P. SMITH & SONS COMPANY v. F. E. BURKE *et al.* No. 12,424. (66 Pac. 1085.) Error from Osage district court. Opinion filed December 7, 1901. Division two. *Affirmed.* Pleasant & Pleasant, and Karnes, New, Hall & Krauthoff, for plaintiff in error. J. T. Pringle, for defendants in error.

W. B. BAUMGARDNER v. H. J. WILLETT. No. 12,427. (66 Pac. 1001.) Error from Coffey district court. Opinion filed December 7, 1901. Division two. *Affirmed.* W. W. Brown, for plaintiff in error. Joe Rolston, for defendant in error.

THE SOUTHWESTERN MINERAL RAILWAY COMPANY v. THOMAS HARVEY. No. 12,433. (66 Pac. 1086.) Error from Labette district court. Opinion filed December 7, 1901. Division two. *Reversed and remanded.* T. N. Sedgwick, and A. A. Osgood, for plaintiff in error. M. E. Williams, for defendant in error.

GEORGE N. GODDARD v. LOUIE E. CONKEY. No. 12,011. (66 Pac. 1084.) Error from Jefferson district court. Opinion filed December 7, 1901. *In banc. Dismissed.* Morse & Casebier, Wm. J. Morse, Henry Elliston, and Hugo Orlopp, for plaintiff in error. H. B. Schaeffer, and Jackson & Jackson, for defendant in error.